

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☒ NONE (No reportable liabilities.) | | |
| 1 | None | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less  K=$15,001-$50,000  L=$50,001 to $100,000  M=$100,001-$250,000  N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 First National Bank of Omaha Accounts | A | Interest | K | T | Exempt | | | | |
| 2 Mass Mutual Life Insurance - Cash Values | | None | L | T | Exempt | | | | |
| 3 Riley Quest, L.L.C. (Family Farm minority interest) | | None | K | W | Exempt | | | | |
| 4 Marsico Growth & Income Fund | A | Dividend | J | T | Exempt | | | | |
| 5 Janus Mercury Fund | A | Dividend | J | T | Exempt | | | | |
| 6 Triple "O" Investment Club | A | Div. & Int. | J | T | Exempt | | | | |
| 7 -Ameritrade Holding | | | | | Exempt | | | | |
| 8 -Berkshire Hathaway | | | | | Exempt | | | | |
| 9 -CISCO Systems | | | | | Exempt | | | | |
| 10 -Disney (Walt) Co. | | | | | Exempt | | | | |
| 11 -Eloyal Corporation | | | | | Exempt | | | | |
| 12 -General Electric | | | | | Exempt | | | | |
| 13 -Keebler Foods Co. | | | | | Exempt | | | | |
| 14 -LCA Vision, Inc. | | | | | Exempt | | | | |
| 15 -Level 3 Communications | | | | | Exempt | | | | |
| 16 -Medtronic, Inc. | | | | | Exempt | | | | |
| 17 -Pfizer, Inc. | | | | | Exempt | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Codes: (C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 -Procter & Gamble | | | | | Exempt | | | | |
| 19 -SITEL Corporation | | | | | Exempt | | | | |
| 20 -Technology Solutions | | | | | Exempt | | | | |
| 21 -Transaction Systems | | | | | Exempt | | | | |
| 22 -Transcrypt International | | | | | Exempt | | | | |
| 23 -Union Pacific | | | | | Exempt | | | | |
| 24 -Vlasic Foods International | | | | | Exempt | | | | |
| -WorldCom, Inc. | | | | | Exempt | | | | |
| 26 IRA #1 | A | Dividend | M | T | Exempt | | | | |
| 27 -Janus Twenty Fund | | | | | Exempt | | | | |
| 28 -Janus Growth & Income | | | | | Exempt | | | | |
| 29 -Weitz Value Fund | | | | | Exempt | | | | |
| 30 -Marsico Focus Fund | | | | | Exempt | | | | |
| 31 IRA - #2 | A | Dividend | L | T | Exempt | | | | |
| 32 -Janus Olympus Fund | | | | | Exempt | | | | |
| 33 -Janus Mercury Fund | | | | | Exempt | | | | |
| 34 -American Century Income & Growth Fund | | | | | Exempt | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Codes: (C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 -Marsico Growth & Income Fund | | | | | Exempt | | | | |
| 36 IRA - #3 | A | Dividend | J | T | Exempt | | | | |
| 37 -Janus Fund | | | | | Exempt | | | | |
| 38 -Janus Twenty Fund | | | | | Exempt | | | | |
| 39 Dain Rauscher 403(b) Account | A | Div. & Int. | K | T | Exempt | | | | |
| 40 -Fidelity Adv. Gr. Opp. - T Fund | | | | | Exempt | | | | |
| 41 -Evergreen Gro. - A Fund | | | | | Exempt | | | | |
| 42 First National Bank of Omaha - Profit Sharing & 401(k) FSB&B | D | Div. & Int. | O | T | Exempt | | | | |
| 43 -U.S. Government Obligation Money Market Fund at FNB | | | | | Exempt | | | | |
| 44 -Alliance World Dollar Government Fund II | | | | | Exempt | | | | |
| 45 -Berkshire Hathaway, Inc. Class A & Class B Common | | | | | Exempt | | | | |
| 46 -Commercial Federal Corp. Common | | | | | Exempt | | | | |
| 47 -Euro Disneyland SCA common | | | | | Exempt | | | | |
| 48 -Baron Asset Fund | | | | | Exempt | | | | |
| 49 -Fidelity Dividend Growth Fund | | | | | Exempt | | | | |
| 50 -Janus Growth & Income Fund | | | | | Exempt | | | | |
| 51 -Janus Worldwide Fund | | | | | Exempt | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Riley, William J. | 05/24/2001 |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (Including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52  -Janus Olympus Fund | | | | | Exempt | | | | |
| 53  -Janus Mercury Fund | | | | | Exempt | | | | |
| 54  -Marsico Focus Fund | | | | | Exempt | | | | |
| 55  -Marsico Growth & Income Fund | | | | | Exempt | | | | |
| 56  -Rydex Series Trust OTC Fund | | | | | Exempt | | | | |
| 57  -Weitz Value Fund | | | | | Exempt | | | | |
| 58  -Weitz Hickory Fund | | | | | Exempt | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

| | |
|---|---|
| 1 Inc/Gain Codes: A=$1,000 or less (Col. B1, D4) F=$50,001-$100,000 | B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more |
| 2 Value Codes: J=$15,000 or less (Col. C1, D3) O=$500,001-$1,000,000 | K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: Q=Appraisal (Col. C2) U=Book Value | R=Cost (real estate only)  S=Assessment  T=Cash/Market  V=Other  W=Estimated |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

PART 2: Parties and Terms re:          , cntd ...
                    r

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Riley, William J. | Date of Report<br>05/24/2001 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

PART 2: Parties and Terms re:          , cntd ...
                    r

| | Name of Person Reporting | Date of Report |
|---|---|---|
| FINANCIAL DISCLOSURE REPORT | Riley, William J. | 05/24/2001 |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or endent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _____  Date _May 24, 2001_

Note:      Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

———

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks (approx.) | 15,000 | Notes payable to banks-secured | 0 |
| U.S. Government securities-add schedule | 0 | Notes payable to banks-unsecured | 0 |
| Listed securities-add schedule | 0 | Notes payable to relatives **Marian F. Riley (mother) Note and Mortgage (see below)** | |
| Unlisted securities--add schedule | 0 | Notes payable to others | 0 |
| Accounts and notes receivable: | 0 | Accounts and bills due | |
| Due from relatives and friends **Kevin Riley due to Norma Riley (approx.)** | 3,200 | Unpaid income tax | |
| Due from others | 0 | Other unpaid income and interest | |
| Doubtful | 0 | Real estate mortgages payable-add schedule **Marian F. Riley Note & Mortgage** | 60,000 |
| Real estate owned-add schedule **Home (estimated)** | 150,000 | Chattel mortgages and other liens payable | 0 |
| Real estate mortgages receivable | 0 | Other debts-itemize: | |
| Autos and other personal property (estimated) | 30,000 | **Mass Mutual policies loan** | 1,800 |
| Cash value-life insurance **William & Norma (approx.)** | 95,500 | | |
| Other assets itemize: | | | |

17

William Jay Riley Senate Questionnaire – April 11, 2001